IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN SHARP,

        Petitioner,

v.

RANDY GROUNDS, Warden,

        Respondent.
                                 /

No. CV-10-0846 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: April 26, 2010

                                                 Richard W. Wieking, Clerk

                                                 *Tracy Lucero*

                                                 By: Tracy Lucero
                                                 Deputy Clerk